# IN THE DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHARIF HASSAN,<br><br>            Plaintiff,<br><br>    -versus-<br><br>CITY OF ATLANTA; ATLANTA POLICE OFFICER FRANCESCA BARBER, ID No. 6428 sued in her individual capacity; JANE AND JOHN DOES Nos. 1-6, all current or former employees of the Atlanta Police Department sued in their individual capacities; JANE AND JOHN DOES Nos. 7-8 all current or former employees of the Atlanta Department of Corrections sued in their individual capacities,<br><br>            Defendants. | Civil Action File No.<br>1:21-CV-04629-TWT<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

<u>Plaintiff</u>

Sharif Hassan is an individual and citizen of the United States.

1

<u>Defendants</u>

The City of Atlanta is a municipal corporation created under the laws of the State of Georgia.

Officer Francesca Barber (ID No. 6428), an individual and citizen of Georgia, is or was an Officer in the Atlanta Police Department.

Jane and John Does 1-6, all individuals and citizens of Georgia, are all current or former employees of the Atlanta Police Department.

Jane and John Does 7-8, all individuals and citizens of Georgia, are all current or former employees of the Atlanta Department of Corrections.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. Plaintiff Sharif Hassan

2. Defendant City of Atlanta

3. Atlanta Mayor Keisha Lance Bottoms

4. Defendant Officer Francesca Barber

5. Defendants Jane and John Does 1-8

6. Atlanta Law Department, Litigation Division

7. Gerald Weber, Law Offices of Gerry Weber, LLC

8. L. Burton Finlayson, Law Office of L. Burton Finlayson, LLC

9. Clare Norins and other members of the University of Georgia School of Law's First Amendment Clinic

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Counsel for Plaintiff Sharif Hassan</u>

Clare Norins
FIRST AMENDMENT CLINIC
University of Georgia School of Law
Post Office Box 388
Athens, Georgia
Telephone: (706) 542-1419

Gerald Weber
LAW OFFICES OF
GERRY WEBER, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507

L. Burton Finlayson
LAW OFFICE OF
L. BURTON FINLAYSON, LLC
931 Ponce de Leon Ave., NE
Atlanta, Georgia 30306
Telephone: (404) 872-0560

<u>Counsel for Defendant City of Atlanta and Individual Defendants</u>

CITY OF ATLANTA
DEPARTMENT OF LAW
55 Trinity Avenue, S.W.
Atlanta, Georgia 30303-3520
Telephone: (404) 546-4100

Submitted this 9th day of November, 2021.

[signatures on next page]

/s/ Clare Norins
Clare Norins, Director
Georgia Bar No. 575364
cnorins@uga.edu
FIRST AMENDMENT CLINIC
University of Georgia
School of Law
Post Office Box 388
Athens, Georgia
(706) 542-1419 (phone)

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878
wgerryweber@gmail.com
LAW OFFICES OF
GERRY WEBBER, LLC
Post Office Box 5391
Atlanta, Georgia 31107
(404) 522-0507 (phone)

/s/ L. Burton Finlayson
L. Burton Finlayson
Georgia Bar No. 261460
lbfcourts@aol.com
LAW OFFICE OF L. BURTON
FINLAYSON, LLC
931 Ponce de Leon Ave., NE
Atlanta, Georgia 30306
(404) 872-0560 (phone)

*Counsel for Plaintiff Sharif Hassan*