# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHARIF HASSAN,<br><br>Plaintiff,<br><br>-versus-<br><br>CITY OF ATLANTA; ATLANTA POLICE DEPARTMENT OFFICER FRANCESCA BARBER, ID No. 6428 sued in her individual capacity; JANE AND JOHN DOES Nos. 1-2, all current or former employees of the Atlanta Police Department sued in their individual capacities,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>1:21-CV-04629-TWT |

## STIPULATION FOR EXTENSION OF TIME

COME NOW, Plaintiff and Defendants by and through undersigned counsel and hereby stipulate and agree that the time to respond to Defendant City of Atlanta's Interrogatories to Plaintiff Sharif Hassan and Defendant City of Atlanta's First Request for Production of Documents to Plaintiff Sharif Hassan is extended through and including November 16, 2022.

This 1st day of November, 2022.

| | |
|---|---|
| /s/ Gerald Weber<br>Gerald Weber<br>Georgia Bar No. 744878<br>wgerryweber@gmail.com<br>LAW OFFICES OF<br>GERRY WEBER, LLC<br>Post Office Box 5391<br>Atlanta, Georgia 31107<br>(404) 522-0507 (phone) | /s/ Clare Norins<br>Clare Norins<br>Georgia Bar No. 575364<br>cnorins@uga.edu<br>Allyson Veile<br>*Admitted Pro Hac Vice*<br>D.C. Bar No. 1766038<br>allyson.veile@uga.edu<br>FIRST AMENDMENT CLINIC<br>University of Georgia<br>School of Law<br>Post Office Box 388<br>Athens, Georgia 30603<br>(706) 542-1419 (phone) |
| /s/ L. Burton Finlayson<br>L. Burton Finlayson<br>Georgia Bar No. 261460<br>lbfcourts@aol.com<br>LAW OFFICE OF<br>L. BURTON FINLAYSON, LLC<br>931 Ponce de Leon Avenue, NE<br>Atlanta, Georgia 30306<br>(404) 872-0560 (phone) | |

*Attorneys for Plaintiff Sharif Hassan*

**HALL BOOTH SMITH, P.C.**

*/s/ R. David Ware*
*/s/ Phillip E. Friduss*
_____

R. DAVID WARE
Georgia Bar No. 737756
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
NICHOLAS A. KINSLEY
Georgia Bar No. 273862
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
Tel:   (404) 954-5000
Fax:   (404) 954-5020
dware@hallboothsmith.com
pfriduss@hallboothsmith.com
nkinsley@hallboothsmith.com

**CITY OF ATLANTA DEPARTMENT OF LAW**

*/s/ Hermise Pierre*
*/s/ Laura Tate Yellig*
_____

LAURA YELLIG
Georgia Bar No. 982229
HERMISE PIERRE
Georgia Bar No. 597541
55 Trinity Avenue, Suite 5000
Atlanta, GA 30303
hpierre@atlantaga.gov
ltyellig@atlantaga.gov

*Counsel for Defendants City of Atlanta and Atlanta Police Department Officer Francesca Barber*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME** was filed with the Court using the CM/ECF System. Notice of this filing will be sent to the below as indicated on the electronic filing receipt:

|  |  |
|---|---|
| **Hermise Pierre**<br>**Laura Yellig**<br>City of Atlanta Department of Law<br>55 Trinity Avenue, Suite 5000<br>Atlanta, GA 30303<br>hpierre@atlantaga.gov<br>ltyellig@atlantaga.gov | **Gerald Weber**<br>Law Offices of Gerry Weber, LLC<br>Post Office Box 5391<br>Atlanta, Georgia 31107<br>wgerryweber@gmail.com |
| **R. David Ware**<br>**Phillip E. Friduss**<br>**Nicholas A. Kinsley**<br>Hall Booth Smith P.C.<br>191 Peachtree Street, NE, Suite 2900<br>Atlanta, Georgia 30303 | **L. Burton Finlayson**<br>Law Office of L. Burton Finlayson, LLC<br>931 Ponce de Leon Avenue, NE<br>Atlanta, Georgia 30306<br>lbfcourts@aol.com |
| *Counsel for Defendants City of Atlanta and Atlanta Police Department Officer Francesca Barber* | *Attorneys for Plaintiff Sharif Hassan* |

Submitted this 1st day of November, 2022.

/s/Clare Norins
Clare Norins
Georgia Bar No. 575364
*Attorney for Plaintiff Sharif Hassan*