# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHARIF HASSAN,<br><br>Plaintiff,<br><br>-versus-<br><br>CITY OF ATLANTA and ATLANTA POLICE DEPARTMENT OFFICER FRANCESCA BARBER, ID No. 6428 sued in her individual capacity; et al.,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>1:21-CV-04629-TWT |

## CONSENT MOTION TO EXTEND STAY OF DISCOVERY

COME NOW, Plaintiff and Defendants, by and through undersigned counsel and respectfully request that the Court extend the stay of all discovery in the above-styled matter, for thirty (30) days from the date of the Court's Order on this Motion. On December 12, 2022, the Court granted the parties' previous Motion to Stay Discovery for thirty (30) days, which expires today, January 11, 2023. The parties are continuing to engage in productive settlement discussions and therefore request additional time to attempt to resolve this matter without having to incur additional discovery costs. The parties do not seek this stay for delay or any improper purpose. A proposed order is attached for the Court's convenience.

This 11th day of January, 2023.

<u>/s/ Gerald Weber</u>
Gerald Weber
Georgia Bar No. 744878
wgerryweber@gmail.com
LAW OFFICES OF
GERRY WEBER, LLC
Post Office Box 5391
Atlanta, Georgia 31107
(404) 522-0507 (phone)

<u>/s/ Clare Norins</u>
Clare Norins
Georgia Bar No. 575364
cnorins@uga.edu
Allyson Veile
*admitted pro hac vice*
D.C. Bar No. 1766038
allyson.veile@uga.edu
Lindsey Floyd
Georgia Bar No. 538989
lindsey.floyd@uga.edu
FIRST AMENDMENT CLINIC
University of Georgia
School of Law
Post Office Box 388
Athens, Georgia 30603
(706) 542-1419 (phone)

<u>/s/ L. Burton Finlayson</u>
L. Burton Finlayson
Georgia Bar Number: 261460
lbfcourts@aol.com
LAW OFFICE OF
L. BURTON FINLAYSON, LLC
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560 (phone)

*Counsel for Plaintiff Sharif Hassan*

**HALL BOOTH SMITH, P.C.**

/s/ R. David Ware
/s/ Phillip E. Friduss

R. DAVID WARE
Georgia Bar No. 737756
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
NICHOLAS A. KINSLEY
Georgia Bar No. 273862

*Counsel for Defendant City of Atlanta*

191 Peachtree Street. N.E.
Suite 2900
Atlanta, Georgia 30303
Tel:   (404) 954-5000
Fax:   (404) 954-5020
dware@hallboothsmith.com
pfriduss@hallboothsmith.com
nkinsley@hallboothsmith.com

**CITY OF ATLANTA**
**DEPARTMENT OF LAW**

/s/Hermise Pierre
/s/Laura Tate Yellig
LAURA YELLIG
Georgia Bar No. 982229
HERMISE PIERRE
Georgia Bar No. 597541

*Counsel for Defendant City of Atlanta*

55 Trinity Avenue, Suite 5000
Atlanta, GA 30303
hpierre@atlantaga.gov
ltyellig@atlantaga.gov