IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHARIF HASSAN,<br><br>Plaintiff,<br><br>-versus-<br><br>CITY OF ATLANTA and ATLANTA POLICE DEPARTMENT OFFICER FRANCESCA BARBER, ID No. 6428 sued in her individual capacity; et al.,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br>1:21-CV-04629-TWT |

## ORDER

This matter is before the Court on the Parties' Consent Motion to Extend Stay of Discovery. For good cause shown, the Motion is GRANTED. Discovery shall be stayed thirty (30) days from the date of this Order.

SO ORDERED, this 17th day of January, 2023.

_____
THOMAS W. THRASH, JR.
United States District Judge