**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SHARIF HASSAN,

      Plaintiff,

v.

CITY OF ATLANTA and ATLANTA
POLICE DEPARTMENT OFFICER
FRANCESCA BARBER, ID No. 6428
sued in her individual capacity; et al.,

      Defendants.

CIVIL ACTION NO.:
1:21-CV-04629-TWT

## JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sharif

Hassan and Defendants City of Atlanta, et al. (collectively, "Parties"), through

undersigned counsel, agree and stipulate, and hereby respectfully file their Joint

Stipulation and Consent Motion to Dismiss with Prejudice. The Parties have reached

a Settlement Agreement, which settles the issues of equitable relief, damages,

attorney's fees, and costs.

For the Court's convenience, a Proposed Order is attached as **Exhibit A.**

Stipulated and agreed this 8th day of May, 2023.


*/s/Clare R. Norins*
Clare R. Norins
Georgia Bar No. 575364
cnorins@uga.edu
FIRST AMENDMENT CLINIC
University of Georgia School of Law
Post Office Box 388
Athens, Georgia 30603
Telephone: (706) 542-1419
Facsimile: (706) 369-5794


*/s/Gerald Weber*
Gerald Weber
Georgia Bar No. 744878
wgerryweber@gmail.com
LAW OFFICES OF
GERRY WEBER, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507


*/s/ L. Burton Finlayson*
L. Burton Finlayson
Georgia Bar Number: 261460
lbfcourts@aol.com
LAW OFFICE OF
L. BURTON FINLAYSON, LLC
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560 (phone)


*Attorneys for Plaintiff Sharif Hassan*

*/s/R. David Ware*
R. David Ware
Georgia Bar No. 737756
dware@hallboothsmith.com
Phillip E. Friduss
Georgia Bar No. 277220
pfriduss@hallboothsmith.com
Nicholas A. Kinsley
Georgia Bar No. 273862
nkinsley@hallboothsmith.com
HALL BOOTH SMITH, P.C.
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: (404) 954-5000
Fax: (404) 954-5020


*/s/Laura Yellig*
Laura Yellig
Georgia Bar. No. 982229
ltyellig@atlantaga.gov
Hermise Pierre
Georgia Bar No. 597541
hpierre@atlantaga.gov
CITY OF ATLANTA DEPARTMENT
OF LAW
55 Trinity Avenue S.W., Suite 5000
Atlanta, GA 30303-3520


*Attorneys for Defendant*
*City of Atlanta*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SHARIF HASSAN,

      Plaintiff,

v.

CITY OF ATLANTA and ATLANTA
POLICE DEPARTMENT OFFICER
FRANCESCA BARBER, ID No. 6428
sued in her individual capacity; et al.,

      Defendants.

CIVIL ACTION NO.:
1:21-CV-04629-TWT

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on May 8, 2023, I filed the foregoing **JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.


/s/ Clare Norins
*Attorney for*
*Plaintiff Sharif Hassan*