# Exhibit A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SHARIF HASSAN,

        Plaintiff,

v.

CITY OF ATLANTA and ATLANTA
POLICE DEPARTMENT OFFICER
FRANCESCA BARBER, ID No. 6428
sued in her individual capacity; et al.,

        Defendants.

CIVIL ACTION NO.:
1:21-CV-04629-TWT

## **[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation and Consent Motion to Dismiss with Prejudice ("Motion") submitted by both Plaintiff Shariff Hassan and Defendants City of Atlanta, et al., and good cause appearing therefore, it is hereby ORDERED that the Motion is GRANTED. The Court orders that all claims shall be dismissed, with prejudice.

Signed this _____ day of _____, 2023.

_____
JUDGE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE